## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CLEOPHUS BELCHER
ADC # 91561                                                              PLAINTIFF

V.                              2:04CV00199 SWW/HDY

MOBLEY, *et al.*                                                        DEFENDANTS

### PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge

Susan W. Wright.  Any party may serve and file written objections to this recommendation.

Objections should be specific and should include the factual or legal basis for the objection.  If the

objection is to a factual finding, specifically identify that finding and the evidence that supports your

objection. An original and one copy of your objections must be received in the office of the United

States District Court Clerk no later than eleven (11) days from the date of the findings and

recommendations.  The copy will be furnished to the opposing party.   Failure to file timely

objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at

the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District
        Judge (if such a hearing is granted) was not offered at the
        hearing before the Magistrate Judge.

1

3.      The detail of any testimony desired to be introduced at the
hearing before the District Judge in the form of an offer of
proof, and a copy, or the original, of any documentary or
other non-testimonial evidence desired to be introduced at
the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary

hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite 402
Little Rock, AR 72201-3325

## DISPOSITION

On November 8, 2004, Plaintiff, a prisoner incarcerated at the Tucker Maximum Security

Unit of the Arkansas Department of Correction, initiated this action by filing a *pro se* Complaint,

pursuant to 42 U.S.C. § 1983 (docket entry #2).

Plaintiff has now filed a Motion to voluntarily dismiss his Complaint (docket entry #61).

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff is entitled to a voluntary dismissal,

without prejudice, of his claims against Defendants.

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's Motion for Voluntary Dismissal (docket entry #61) be GRANTED, and the

claims against Defendants be DISMISSED WITHOUT PREJUDICE.

DATED this _3_ day of _____August_____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2