# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CLEOPHUS BELCHER
ADC # 91561                                                                                              PLAINTIFF

V.                                         2:04CV00199 SWW/HDY

MOBLEY, *et al.*                                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's Complaint (docket entry #2), is DISMISSED WITHOUT PREJUDICE.

DATED this 19th day of August, 2005.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE