**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CLEOPHUS BELCHER
ADC # 91561                                                                                       PLAINTIFF

V.                                          2:04CV00199 SWW/HDY

MOBLEY, *et al.*
                                                                                                      DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

DATED this 19th day of August, 2005.


                                                                /s/Susan Webber Wright

                                                                UNITED STATES DISTRICT JUDGE